IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRIAN OBLAD,<br><br>              Plaintiff,<br><br>v.<br><br>LEON BUTLER, ROY BICKEL, and DR.<br>BLAVIS,<br><br>              Defendants. | **ORDER ADOPTING REPORT AND<br>RECOMMENDATION**<br><br>Case No. 2:21-cv-00488-TC-CMR<br><br>District Judge Tena Campbell<br>Magistrate Judge Cecilia M. Romero |

Plaintiff Brian Oblad filed a pro se complaint against Defendants Leon Butler, Roy Bickel, and "Dr. Blavis." (ECF No. 6.) Because Mr. Oblad was proceeding in forma pauperis, Magistrate Judge Romero screened the case under 28 U.S.C. § 1915 and DUCivR 3-2(b). She has submitted a Report and Recommendation (R&R), recommending that the court dismiss the complaint without prejudice as frivolous and for failing to state a claim upon which relief may be granted. Judge Romero also recommends that because Mr. Oblad has filed many frivolous lawsuits, he has abused the court system and should be required to obtain prior approval from the court for any future lawsuits he wishes to file here. Mr. Oblad has not filed an objection to the R&R, and the time to do so has expired. After reviewing the complaint and the R&R, the court agrees with Judge Romero and orders as follows:

1. **IT IS ORDERED** that the Report and Recommendation (ECF No. 11) is ADOPTED.

2. **IT IS FURTHER ORDERED** that Mr. Oblad's complaint is DISMISSED.

3. **IT IS FINALLY ORDERED** that Mr. Oblad is to be placed on the court's Restricted Filer List. Prior to filing any new action in this District, Mr. Oblad shall:

   a. file a petition with the Clerk of Court requesting leave to file a pro se action;

    b.   include in the petition a list of all of his current or previously filed lawsuits;

    c.   include in the petition a notarized affidavit from Mr. Oblad reciting the issues he

seeks to present, providing a short discussion of the legal basis for the claims, and

including an assertion that, to the best of Mr. Oblad's knowledge, the legal

arguments raised are not frivolous or brought in bad faith;

    d.   request that the Clerk of Court send the referenced materials to a magistrate judge

for review to determine whether the complaint is without merit, duplicative, or

frivolous;

Upon receiving Mr. Oblad's proposed complaint, petition, and affidavit, a magistrate

judge will determine whether the complaint is without merit, duplicative, or frivolous,

and forward the complaint to the Chief District Judge for further review.  Mr. Oblad may

be authorized to file a new complaint only with the review and consent of the Chief

District Judge.

DATED this 30th day of November, 2021.


                               BY THE COURT:


                               *Tena Campbell*

                               TENA CAMPBELL
                               United States District Judge